| | |
|---|---|
| 1 | SQUIRE, SANDERS & DEMPSEY L.L.P. |
| | Mark C. Goodman (State Bar No. 154692) |
| 2 | David A. Gabianelli (State Bar No. 158170) |
| | Julie E. Schwartz (State Bar No. 260624) |
| 3 | One Maritime Plaza, Suite 300 |
| | San Francisco, CA  94111 |
| 4 | Telephone:  +1.415.954.0200 |
| | Facsimile:   +1.415.393.9887 |
| 5 | Email:       mgoodman@ssd.com |
| | Email:       dgabianelli@ssd.com |
| 6 | Email:       jeschwartz@ssd.com |

Attorneys for Defendants
BAYER CORPORATION,
BAYER HEALTHCARE LLC,
BAYER HEALTHCARE PHARMACEUTICALS INC. and
MCKESSON CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA PARRISH, an individual, | Case No. CV 10-690 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive, | |
| Defendants. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. CV 10-690 MHP

1  Plaintiff Erika Parrish ("Plaintiff") and Defendants Bayer Corporation, Bayer HealthCare
2  LLC, Bayer HealthCare Pharmaceuticals Inc. and McKesson Corporation (collectively,
3  "Defendants") by and through their respective counsel, enter into the following Stipulation:
4  WHEREAS, Plaintiff's Complaint was filed on February 18, 2010;
5  WHEREAS, Defendants issued a letter dated February 23, 2010 identifying this matter as
6  a tag-along action in connection with MDL No. 2100 pending in the United States District Court
7  for the Southern District of Illinois;
8  WHEREAS, responses currently are due from Defendants on March 25, 2010; and
9  WHEREAS, an extension of time to respond to the Complaint is warranted for counsel to
10 discuss the disposition of this case and attempt to reach agreement on how it will be handled
11 going forward.
12 NOW, THEREFORE, THE PARTIES HEREBY AGREE AND STIPULATE,
13 Defendants shall have until April 8, 2010 to respond to Plaintiff's Complaint.
14 IT IS SO STIPULATED.

Dated: March 10, 2010

ROBINSON, CALCAGNIE & ROBINSON          SQUIRE, SANDERS & DEMPSEY LLP


By:  /s/ Daniel Robinson                 By:  /s/ Julie E. Schwartz
     DANIEL ROBINSON                          JULIE E. SCHWARTZ

Attorneys for Plaintiff                  Attorneys for Defendants
ERIKA PARRISH                            BAYER CORPORATION,
                                         BAYER HEALTHCARE LLC,
                                         BAYER HEALTHCARE
                                         PHARMACEUTICALS INC. and
                                         MCKESSON CORPORATION

-2-

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED:  3/16/2010

4  _____
   HONORABLE MARILYN H. PATEL
5  United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Marilyn H. Patel]*

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. C 10-690 MHP